IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD SUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-CV-0021-WKW [WO] |
| | ) | |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 7, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 28.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED as follows:

1. The motion for preliminary injunction filed by Plaintiff is DENIED, and

2. The case is referred back to the Magistrate Judge for additional proceedings.

DONE this 24th day of February, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE