IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD SUTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:11-CV-21-WKW |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

On January 3, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 63.) On February 10 and 13, Plaintiff Ronald Sutton filed objections and moved for a "temporary restraining order and preliminary injunction." (Docs. # 72, 76, 77.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which the objections are made. *See* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted. The court further finds that Mr. Sutton fails to satisfy the requirements for obtaining a temporary restraining order. *See Parker v. State Bd. of Pardons & Paroles*, 275 F.3d 1032, 1034–35 (11th Cir. 2001) (holding that a TRO requires a demonstration that "there is a substantial likelihood of success on the merits"); *see also* Fed. R. Civ. P. 65(b)(1). Likewise, there is no basis for any other injunctive relief.

Accordingly, it is ORDERED as follows:

1. Mr. Sutton's objections (Doc. # 72, 76, & 77) are OVERRULED;

2. The Recommendation (Doc. # 63) is ADOPTED;

3. Defendants' motions for summary judgment are GRANTED;

4. Mr. Sutton's motion for a temporary restraining order and preliminary injunction (Doc. # 76) is DENIED; and

5. This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 18th day of February, 2014.

          /s/ W. Keith Watkins
         CHIEF UNITED STATES DISTRICT JUDGE